## RE: USTRANSCOM FOIA 23-0053-F

| | |
|---|---|
| From | TRANSCOM Scott AFB TCJA Mailbox FOIA <transcom.scott.tcja.mbx.foia@mail.mil> |
| To | Maritime Legal Solutions, PLLC<help@justiceformariners.com> |
| CC | Buckels, James C CIV TRANSCOM TCJA (USA)<james.c.buckels2.civ@mail.mil> |
| Date | Tuesday, July 25th, 2023 at 3:14 PM |

Good Afternoon Sir,

We are working diligently to get you information gathered. We have classified this as a significant FOIA due to the subject matter, as such we need to send the case file to Office of Assistant to the Secretary of Defense (OATSD)/Privacy Civil Liberties and Transparency (PCLT) for review before release.

In addition, for your situational awareness, USTRANSCOM routinely applies FOIA Exemption (b)(6) to privacy information but may apply additional FOIA exemptions as required. Pursuant to Executive Order 12,600, contractors are provided a reasonable amount of time for review. If the contractor objects to release of any information, we try to work with the contractor as much as possible to authorize release. Contractors are entitled to invoke FOIA Exemption (b)(4), "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential" on any information they deem fits within that category. The government normally applies FOIA Exemption (b)(3), FOIA Exemption (b)(5), and FOIA Exemption (b)(6), as applicable to most contract related records.

In response to you follow up we estimate approximately 45 business days at the earliest before we have a response. We thank you for your patience and will get you a response as soon as possible.

v/r Patti

PATRICIA M. FEIST

Chief, Command FOIA, Privacy, Civil Liberties and MDR Office

USTRANSCOM/TCJA-FO

☎ Comm (Jabber): 618-817-4114/4100 DSN: 322-817

☎ Fax: 618-256-8356 DSN: 576

✉NIPR: Patricia.m.feist.civ@mail.mil

✉SIPR: Patricia.m.feist.civ@mail.smil.mil

✉Office: transcom.scott.tcja.mbx.foia@mail.mil


CONFIDENTIALITY NOTICE: This electronic transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive but unclassified information or Privacy Act data and is protected from disclosure under the Freedom of Information Act, 5 U.S.C. 552. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Maritime Legal Solutions, PLLC <help@justiceformariners.com>
**Sent:** Wednesday, July 19, 2023 10:58 AM
**To:** TRANSCOM Scott AFB TCJA Mailbox FOIA <transcom.scott.tcja.mbx.foia@mail.mil>
**Cc:** Buckels, James C CIV TRANSCOM TCJA (USA) <james.c.buckels2.civ@mail.mil>; Adria Notari <anotari@notarilaw.com>
**Subject:** Re: USTRANSCOM FOIA 23-0053-F


FOIA Officer,


Please find attached a letter from our office regarding FOIA 23-0053-F.


The attached letter is a request for an Estimated Completion Date.


Thank you for your assistance,

Kind Regards,


J. Ryan Melogy


------- Original Message -------
On Wednesday, June 21st, 2023 at 12:37 PM, TRANSCOM Scott AFB TCJA Mailbox FOIA
<transcom.scott.tcja.mbx.foia@mail.mil> wrote:


Mr. Melogy,

This acknowledges receipt of your Freedom of Information Act (FOIA) request submitted 20 June 2023 for
the following:


1. The complete DFTS contract between Crowley Maritime Corporation and USTRANSCOM.


2. All electronic or other communications, including emails, between USTRANSCOM and Crowley
Maritime Corporation, regarding allegations of human trafficking, sexual trafficking, sex trafficking,
forced labor, sexual abuse, rape, or sexual assault occurring within the implementation of the DFTS
contract. Date Range: November 1, 2016 through the date this FOIA Request is fully processed.


3. All records or internal electronic communications, including emails, between employees or agents
off USTRANSCOM and other employees and agents of USTRANSCOM (including civilian employees as
well as active duty members of the military affiliated with USTRANSCOM), that reference allegations
of human trafficking, sexual trafficking, sex trafficking, forced labor, sexual abuse, rape, or sexual
assault occurring within Crowley Maritime Corporation's implementation

of the DFTS contract. Date Range: November 1, 2016 through the date this FOIA Request is fully
processed.


4. All records or electronic communications, including emails, sent or received by USTRANSCOM
Contracting Officer Mr. Christopher Frost, that reference allegations of human trafficking, sexual
trafficking, sex trafficking, forced labor, sexual abuse, rape, or sexual assault occurring within
Crowley Maritime Corporation's implementation of the DFTS contract. Date Range: November 1,
2016 through the date this FOIA Request is fully processed.

5. All records of any kind held by USTRANSCOM that reference allegations of human trafficking, sexual trafficking, sex trafficking, forced labor, sexual abuse, rape, or sexual assault occurring within Crowley Maritime Corporation's implementation of the DFTS contract. Date Range: November 1, 2016 through the date this FOIA Request is fully processed.

6. All complaints, notices, or reports of any kind, including whistleblower complaints, received by USTRANSCOM (or in the possession of USTRANSCOM) regarding Crowley Maritime Corporation's implementation of the DFTS contract. Date Range: November 1, 2016 through the date this FOIA Request is fully processed.

7. All records, complaints, notices, or reports of any kind, including whistleblower complaints or reports, received by USTRANSCOM (or in the possession of USTRANSCOM) regarding any allegations of human trafficking, sexual trafficking, sex trafficking, forced labor, sexual abuse, rape, or sexual assault occurring within the implementation of any USTRANSCOM-administered contract. Date Range: January 1, 2000 through the date this FOIA Request is fully processed.

8. All records related to any investigations of any allegations of human trafficking, sexual trafficking, sex trafficking, or forced labor occurring within the implementation of any USTRANSCOM-administered contract. Date Range: January 1, 2000 through the date this FOIA Request is fully processed.

We have provided a link to our website which will update you on the status of your request: https://www.ustranscom.mil/foia/request-status.cfm.

In addition, for your situational awareness, USTRANSCOM routinely applies FOIA Exemption (b)(6) to privacy information but may apply additional FOIA exemptions as required. Pursuant to Executive Order 12,600, contractors are provided a reasonable amount of time for review. If the contractor objects to release of any information, we try to work with the contractor as much as possible to authorize release. Contractors are entitled to invoke FOIA Exemption (b)(4), "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential" on any information they deem fits within that category. The government normally applies FOIA Exemption (b)(3), FOIA Exemption (b)(5), and FOIA Exemption (b)(6), as applicable to most contract related records.

Please use the above FOIA tracking number on all future correspondence with this office. Please feel free to contact us if you have questions at transcom.scott.tcja.mbx.foia@mail.mil. Thank you.

v/r Patti

PATRICIA M. FEIST

Chief, Command FOIA, Privacy, Civil Liberties and MDR Office

USTRANSCOM/TCJA-FO

☎ Comm (Jabber): 618-817-4114/4100 DSN: 322-817

☎ Fax: 618-256-8356 DSN: 576

✉NIPR: Patricia.m.feist.civ@mail.mil

✉SIPR: Patricia.m.feist.civ@mail.smil.mil

✉Office: transcom.scott.tcja.mbx.foia@mail.mil


CONFIDENTIALITY NOTICE: This electronic transmission, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive but unclassified information or Privacy Act data and is protected from disclosure under the Freedom of Information Act, 5 U.S.C. 552. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**7.62 KB**   1 file attached1 embedded image

smime.p7s 6.49 KB