

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 20, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Maritime Legal Solutions v. U.S. Transp. Command*, No. 23 Civ. 7045 (KPF)

Dear Judge Failla:

  This Office represents defendant the United States Transportation Command in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write respectfully, together with the plaintiff, to request that the initial pretrial conference presently scheduled for November 29, 2023, be rescheduled to February 7, 2024, or a time thereafter that is convenient for the Court, with a corresponding extension of time for the parties' preconference submissions.

  This is the second request by either party to adjourn the conference. On October 25, 2023, defendant responded to the FOIA request and made a production. In the interest of efficiency, the requested adjournment will allow the parties to continue their discussion regarding plaintiff's concerns with the production and confer regarding next steps in advance of the conference. The parties thank the Court for its consideration of this letter.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York
          *Attorney for Defendant*

        By:  /s/ Joseph A. Pantoja

          JOSEPH A. PANTOJA
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Tel.: (212) 637-2786
          E-mail: joseph.pantoja@usdoj.gov

cc: *Counsel of record* (by ECF)

Application GRANTED.  The initial pre-trial conference scheduled for November 29, 2023, is hereby ADJOURNED to **February 22, 2024,** at **11:00 a.m.**  The dial-in information for the conference remains the same:  At the aforementioned date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties shall file their pre-conference submissions on or before **February 15, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:    November 21, 2023           SO ORDERED.
          New York, New York

                                      *[signature]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE