

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 14, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Maritime Legal Solutions v. U.S. Transp. Command*, No. 23 Civ. 7045 (KPF)

Dear Judge Failla:

    This Office represents defendant the United States Transportation Command in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write respectfully, together with the plaintiff, to request that the initial pretrial conference presently scheduled for February 22, 2024 (Dkt. No. 16) be rescheduled to the week of March 25, 2024, or a time thereafter that is convenient for the Court, with a corresponding extension of time for the parties' preconference submissions, currently due February 15.

    This is the third request by either party to adjourn the conference; the Court granted the two prior requests. Defendant previously made a production of documents in response to the FOIA request. After consultation with plaintiff's counsel, Defendant is exploring whether additional documents may be released and will be preparing a *Vaughn* index. In the interest of efficiency, the requested adjournment will allow the parties to continue their discussion regarding plaintiff's concerns with the production and to confer regarding next steps in advance of appearing before the Court. The parties thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2786
    E-mail: joseph.pantoja@usdoj.gov

cc: *Counsel of record* (by ECF)

Application GRANTED. The initial pre-trial conference scheduled for February 22, 2024, is hereby ADJOURNED to **April 10, 2024, at 10:00 a.m.** The conference will be telephonic, and the Court will provide dial-in information on the docket in advance of the proceeding.

The parties shall file their pre-conference submissions on or before **April 4, 2024**.

The Clerk of Court is directed to terminate the pending motion at docket number 17.

Dated:      February 15, 2024             SO ORDERED.
            New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE