U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 6, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Maritime Legal Solutions v. U.S. Transp. Command*, No. 23 Civ. 7045 (KPF)

Dear Judge Failla:

    This Office represents defendant the United States Transportation Command in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). I write respectfully, together with plaintiffs, to request that the initial pretrial conference presently scheduled for June 11, 2024 (ECF No. 20) be adjourned to August 12, 2024, or a date thereafter that is convenient for the Court, with a corresponding extension of time for the parties' preconference submissions, currently due today, June 6, 2024.

    This is the fifth request by either party to adjourn the conference; the Court granted the four prior requests. Last month, Defendant made additional productions of documents in response to plaintiffs' FOIA request. After consultation with plaintiffs' counsel, Defendant is exploring whether additional documents may be released.

    The requested adjournment is in the interest of efficiency, as it enables Defendant to explore whether additional documents may be released and allows the parties to continue their discussion regarding any additional concerns plaintiffs may have with the productions and to confer regarding next steps in advance of appearing before the Court. The parties thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    Tel.: (212) 637-2786
    E-mail: joseph.pantoja@usdoj.gov

cc: *Counsel of record* (by ECF)

Application GRANTED. The conference scheduled for June 11, 2024, is hereby ADJOURNED to **August 13, 2024**, at **12:00 p.m.**  As before, the conference will be telephonic, and the dial-in information is as follows:  At the aforementioned date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties shall provide their joint pre-conference submissions on or before **August 8, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:     June 7, 2024            SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE